HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYLER J. BRESNAHAN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C16-998RAJ<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |

Before the court is Petitioner Tyler J. Bresnahan's motion for appointment of counsel for purposes of evaluating whether he qualifies for a reduction in his sentence pursuant to the holding of the Supreme Court in *Johnson v. United States*, 135 S. Ct. 2551 (2015) (*See* Dkt. #1).

After review of Petitioner's motion, the Office of the Federal Public Defender has informed the court that it declines to seek appointment to provide representation to Defendant with respect to a motion for a reduction in his sentence pursuant to *Johnson*. The court has independently reviewed the matter as well and DENIES Defendant's motion for appointment of counsel (Dkt. #1).

DATED this 17th day of August, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge